■ In the Matter of JESSE J. SCOTT against STEPHEN P. KENNEDY, as POLICE COMMISSIONER.— Motion to dismiss proceeding granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of JOHN L. MAHONEY against STEPHEN P. KENNEDY, as POLICE COMMISSIONER, et al.— Motion to dismiss proceeding granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of GEORGE BARONE against WATERFRONT COMMISSION OF NEW YORK HARBOR. In the Matter of DOUGLAS RAGO against WATERFRONT COMMISSION OF NEW YORK HARBOR.—Motion for stay denied. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ GERTRUDE E. CASE et al., v. NEW YORK CENTRAL RAILROAD COMPANY et al.— Motion denied, with $10 costs. The stay contained in the order to show cause, dated June 18, 1959, is vacated, and the defendants are granted leave to serve an answer to the amended complaint within 10 days after the date of entry of the order herein. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ WILLIAM F. NELSON v. CROSS & BROWN COMPANY et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 11, 1959, with notice of argument for the September 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ 10–42 CORPORATION v. AMERICAN AIRLINES, INC.— Motion for stay denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.